IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| **FERALLOY CORPORATION,** | ) |
| | ) |
| Plaintiff-Counterclaim Defendant, | ) |
| | ) |
| v. | ) Case No.:1:10cv55 |
| | ) |
| **SPIG INDUSTRY, INC.,** | ) |
| | ) |
| Defendant-Counterclaimant. | ) |

## DEFENDANT-COUNTERCLAIMANT'S WITNESS LIST

Come the Defendant-Counterclaimant, Spig Industry, Inc., by counsel, and for its compliance with the Pretrial Order of this Court and lists the following witnesses who may be called to testify on the trial of this action:

(1) Denise Arrants,

(2) Joshua Harman,

(3) Larry Wade Cook,

(4) Richard Hall,

(5) Perry Hicks,

(6) Dave Lippuci, and

(7) Any and all witnesses identified by the Defendant and any rebuttal witnesses.

**SPIG INDUSTRY, INC.**

By Counsel

CONWAY LAW FIRM, P.L.L.C.
165 West Main Street
Abingdon, Virginia 24210
Telephone: 276.676.1000
Facsimile:  276.623.5297

By:      /s/ B.L. Conway, II
         B.L. Conway, II
         VSB No.: 27133
         Counsel for Defendant-Counterclaimant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Adam K. Hollander, Esq.**
Barnes & Thornsburg, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Counsel for **Feralloy Corporation**

**Brendan David O'Toole, Esq.**
Williams Mullen
PO Box 1320
Richmond, VA 23218
Counsel for **Feralloy Corporation**

and I have mailed a true copy via first class mail to the following non-ECF attorneys:

**Alan J. Martin, Esq.**
Barnes & Thornsburg, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
Counsel for **Feralloy Corporation**

**Eli A. Poliakoff, Esq.**
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402
Counsel for **Feralloy Corporation**

**Carol B. Ervin, Esq.** and
**Joseph Rutledge Young, Jr.**, **Esq.**
Young Clement Rivers and Tisdale
PO Box 993
Charleston, SC 29402
Counsel for **Spig Industry, Inc.**

                                                /s/ B.L. Conway, II